**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC JOSEY,

                Plaintiff,                      07 CIVIL 6420 (SHS)

       -against-                              **JUDGMENT**

NEW YORK CITY POLICE DEPARTMENT,
POLICE PENSION FUND BOARD OF TRUSTEES,
                Defendants.
-----------------------------------------------------------X

       Defendants having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), which the Court treated as a motion for summary judgment, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on July 7, 2008, having rendered its Opinion and Order granting defendants' motion for summary judgment and dismissing the amended complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2008, defendants' motion for summary judgment is granted and the amended complaint is dismissed.

**Dated:** New York, New York
          July 8, 2008

                                          **J. MICHAEL McMAHON**
                                              Clerk of Court
                BY:
                                              Deputy Clerk

                               THIS DOCUMENT WAS ENTERED
                               ON THE DOCKET ON _____